

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA INGRAM, KIMBERLY GRAY ORTON, ELVENYIA BARTON-GIBSON and GEORGE H. EDDINGS, JR., <br><br> Individually and as Representatives of a Class, <br><br> v. <br><br> THE COCA-COLA COMPANY, <br><br> Defendant. <br><br> *In re:* **Election of Larry Jones to Pursue Promotional Claims Procedure** | CIVIL ACTION FILE NO. 1-98-CV-3679-RWS |

## CONSENT ORDER EXTENDING THE TIME FOR FILING OF THE CONSOLIDATED PRETRIAL ORDER

Plaintiff Larry Jones and Defendant The Coca-Cola Company, have advised the Court that they are still involved in ongoing discussions regarding the consolidated pretrial order. Having been advised that the parties have consented to an extension of time for the filing of the consolidated pretrial order, and for good cause shown,

- 1 -

**IT IS HEREBY ORDERED** that the filing deadline for the consolidated pretrial order is extended until **April 21, 2003.** The pretrial conference shall remain at **2:00 P.M.** on Monday, **April 28, 2003.**

It is so ordered this 11th day of April, 2003.

_____
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing Consent Order:

| | |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| Janet E. Hill | Michael W. Johnston |
| Georgia Bar No. 354230 | Georgia Bar No. 637933 |
| Hill & Beasley, LLP | King & Spalding, LLP |
| 1160 South Milledge Ave. | 191 Peachtree St. |
| Suite 140 | Atlanta, Georgia 30303 |
| Post Office Box 307 | |
| Athens, Georgia 30605 | |