

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 15 2003

Luther D. Thomas, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA INGRAM, et al., | ) |
|     Individually and as Representatives of a Class, | ) CIVIL ACTION FILE NO.<br>) 1-98-CV-3679 RWS |
| v. | ) |
| THE COCA-COLA COMPANY | ) |
|     Defendant. | ) |
| *In re:* Election of Larry Jones to Pursue Promotional Claims Procedure | ) |

Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk

By: _____ Deputy Clerk 5/15/03

## STIPULATION OF DISMISSAL

WHEREAS, the Plaintiff and the Defendant have entered into a Settlement Agreement and General Release which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims which the Plaintiff has pending against the Defendant are dismissed with prejudice and further, that all parties shall bear their own costs.



Counsel for the Plaintiff
agrees to the foregoing on
this /2 day of May, 2003.

Counsel for the Defendant
agrees to the foregoing on
this /4th day of May, 2003.

HILL & BEASLEY

KING & SPALDING

By: _____
Janet Hill
Georgia Bar No. 354210

By: _____
Michael W. Johnston
Georgia Bar No. 396720

14