

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 15 2003

Luther D. Thomas, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LINDA INGRAM, et al., | CIVIL ACTION FILE NO. |
| Individually and as Representatives of a Class, | 1-98-CV-3679 RWS |
| v. | |
| THE COCA-COLA COMPANY | |
| Defendant. | |
| *In re*: Election of Larry Jones to Pursue Promotional Claims Procedure | Entered as dismissed pursuant to Rule 41(a)(1)(ii), F.R.C.P. Luther D. Thomas, Clerk By: _____ Deputy Clerk 5/16/03 |

## STIPULATION OF DISMISSAL

WHEREAS, the Plaintiff and the Defendant have entered into a Settlement Agreement and General Release which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims which the Plaintiff has pending against the Defendant are dismissed with prejudice and further, that all parties shall bear their own costs.



| | |
|---|---|
| Counsel for the Plaintiff agrees to the foregoing on this /2 day of May, 2003. | Counsel for the Defendant agrees to the foregoing on this 14th day of May, 2003. |
| HILL & BEASLEY | KING & SPALDING |
| By: _____ Janet Hill Georgia Bar No. 354210 | By: _____ Michael W. Johnston Georgia Bar No. 396720 |

14