**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LINDA INGRAM, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:98-CV-3679-RWS |
| THE COCA-COLA COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

ORDER

Pursuant to the Settlement Agreement reached by the parties in this

action, the Court appointed a Task Force to insure that Defendant complied

with the terms of the Settlement Agreement.  The Settlement Agreement

provided for a four-year term for the Task Force.  Upon the completion of the

first four years, Defendant requested that the Court extend the Task Force for an

additional year.  The request was granted.

The Court finds that the Task Force has completed its work pursuant to

the Settlement Agreement.  The Court finds that Defendant Coca-Cola

Company has met or exceeded the requirements set out in the Settlement

Agreement through this date.  The Court commends Defendant for its efforts in

AO 72A
(Rev.8/82)

meeting both the letter and the spirit of the Agreement.  The Court also extends

its sincere thanks to the members of the Task Force, Alexis M. Herman, Chair,

M. Anthony Burns, Gilbert F. Casellas, Edmund D. Cooke, Jr., Marjorie Fine

Knowles, Bill Lann Lee, and René A. Redwood, as well as the Joint Experts,

Dr. Irwin Goldstein and Dr. Kathleen Lundquist,  for their assistance in

accomplishing the purposes of the Settlement Agreement.  The Task Force and

Joint Experts are hereby **RELIEVED** of any further duties in connection with

this case.

      **SO ORDERED**, this __1st__ day of December, 2006.


                        RICHARD W. STORY
                        UNITED STATES DISTRICT JUDGE

2