# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:98-cv-03679-RWS
## Abdallah, et al v. Coca Cola Company
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 12/01/2006.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 11:25 A.M.
TIME IN COURT: 00:45

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

**ATTORNEY(S) PRESENT:** Cyrus Mehri representing Linda Ingram

**OTHER(S) PRESENT:** Task Force Members: Alexis Herman
Anthony Burns
Gilbert Casellas
Edmund Cooke
Marjorie Fine Knowles
Bill Lann Lee
Rene' Redwood
Kathlene Lundquist
Irwin Goldstein
Neville Isdell
Sandy Douglas
Cynthia McCague

**PROCEEDING CATEGORY:** Settlement Conference;

**MINUTE TEXT:** Final Settlement Approval Conference. Court approves final settlement.